**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: ARMINDA PAZ** | : | **CHAPTER 13** |
| | : | |
| **Debtors** | : | **BANKRUPTCY NO. 22-11810AMC** |

**ORDER**

**AND NOW**, upon Motion of the Debtor for Leave of Bar Preventing Debtor from Filing a New Bankruptcy Case, and after any responses thereto,

**IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED** and Debtor is permitted to file a new Chapter 13 Bankruptcy case.

BY THE COURT:

Dated: July 14, 2026

ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE